No. 73–5882. RIFFERT v. JOHNSON, CORRECTIONAL SU-PERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 73–5886. ALEXANDER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 73–5887. TERRELL ET VIR v. GARCIA. Ct. Civ. App. Tex., 4th Sup. Jud. Dist. Certiorari denied.

No. 73–5898. JONES v. JONES. Ct. App. Ky. Certiorari denied.

No. 73–5899. ALEXANDER v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 73–5905. DE TORO v. VELEZ, CHAIRMAN, INDUS-TRIAL COMMISSION OF PUERTO RICO. Sup. Ct. P. R. Certiorari denied.

No. 73–5913. NAJAIB v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 73–5915. KAPLAN v. CONTINENTAL CAN CO., INC. Sup. Ct. N. J. Certiorari denied.

No. 73–5917. CROWE v. SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 73–5922. JONES v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 73–5924. LOPEZ ET AL. v. LUGINBILL ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–5929. CORDOVA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.